**Order filed July 10, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00147-CV
_____

### JUAN ENRIQUEZ, Appellant

### V.

### EDUARDO ORIHUELA, Appellee

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 17-CV-1173**

## O R D E R

Appellant's brief was due June 25, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 9, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM